UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DR. SHIVA AYYADURAI,            )
        Plaintiff,            )
                                )
v.                              ) C.A. No. 1:18-cv-11929-RGS
                                )
THE UNIVERSITY OF MASSACHUSETTS,)
MARTY MEEHAN, DAVID CASH,       )
        Defendants.           )
_____

## EMERGENCY MOTION FOR PRELIMINARY INJUNCTION PURSUANT TO FED. R. CIV. PRO. 65(a)

Plaintiff DR. SHIVA AYYADURAI, by and through undersigned counsel, moves move this Honorable Court to enjoin Defendants THE UNIVERSITY OF MASSACHUSETTS, MARTY MEEHAN, and DAVID CASH from conducting the United States Senate debates October 21, 2018, and October 30, 2018 without including Plaintiff (collectively the "Arbitrary debates") and the debate scheduled for October, 15, 2018 without affording Plaintiff an opportunity to earn participation therein (the "Criteria debate).

This Motion is based upon the Verified Complaint, the motion for preliminary injunction, and the attached memorandum of points and authorities, which includes the irreparable injury that he will suffer in the absence of relief, any material in this Court's files, and any other relevant matter to be considered by this Court.

Because of the looming debate schedule and the irreparable harm posed to the Plaintiff if he is excluded, the Plaintiff respectfully requests oral argument and a decision on an expedited basis.

Defendants have stated they oppose this motion.

Plaintiffs respectfully ask that this motion be granted, and request oral argument at the Court's earliest convenience.

Respectfully submitted,

September 14, 2018                             /s/ *Timothy Cornell*

                                          Timothy Cornell BBO # 654412
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
(617) 535-7763
(617) 535-7650 (fax)
tcornell@cornelldolan.com

Jason Torchinsky (VA 47481)
Dennis W. Polio (CT 438205)
(Pro hac vice applications to be filed)
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808
Fax: (540) 341-8809
jtorchinsky@hvjt.law
dwpolio@hvjt.law
*ATTORNEYS FOR PLAINTIFF*