UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

_____
DR. SHIVA AYYADURAI,                )
              Plaintiff,            )
                                    )
    v.                              ) C.A. No. 1:18-cv-11929-RGS
                                    )
THE UNIVERSITY OF MASSACHUSETTS,    )
MARTY MEEHAN, DAVID CASH,           )
              Defendants.           )
_____

**ASSENTED MOTION FOR ADMISSIONS PRO HACE VICE OF ATTORNEYS JASON TORCHINSKY AND DENNIS W. POLIO**

    I, Timothy Cornell, counsel of record for Plaintiff Dr. Shiva Ayyadurai, and an admitted member of the bar of this District, move pursuant to Local Rule 83.5.3(d) for the admissions of Attorney Jason Torchinsky and Dennis W. Polio as co-counsel in this action.

    Mr. Torchinsky is a partner at Holtzman Vogel Josefiak Torchinsky, PLLC, a Warrenton, VA law firm. Mr. Polio is an associate at the same firm.

    In support of this motion, the movant relies on the attached Declarations of Jason Torchinsky and Dennis Polio. Mr. Torchinsky's Declaration states that he is a member in good standing of the State Bars of the Commonwealth of Virginia and the District of Columbia, and admitted to practice before the U.S. Supreme Court, U.S. District Court for the District of Columbia, U.S. Court of Appeals for the Fourth

Circuit, U.S. Court of Appeals for the D.C. Circuit, U.S. District Court of the District of Colorado, U.S. District Court for the Eastern District of Wisconsin, Supreme Court of Virginia, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Second Circuit, U.S. District Court for the Eastern District of Arkansas, U.S. District Court for the Eastern District of Michigan, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Eighth Circuit, and the U.S. Court of Appeals for the Sixth Circuit. The Declaration also states that he has had neither disciplinary proceedings nor criminal charges against him in any district, nor has he had an admission revoked in this District. He is familiar with the Rules of the United States District Court for the District of Massachusetts.

Mr. Polio's Declaration states that he is a member in good standing of the State Bars of the State of Connecticut and the District of Columbia. The Declaration also states that he has had neither disciplinary proceedings nor criminal charges against him in any district, nor has he had an admission revoked in this District. He is familiar with the Rules of the United States District Court for the District of Massachusetts. The Declaration also states that he has had neither disciplinary proceedings nor criminal charges against him in any district, nor has he had an admission revoked in this District. He is familiar with the Rules of the United States District Court for the District of Massachusetts.

I respectfully request that this Court admit Mr. Torchinsky and Mr. Polio *pro hac vice* for the purpose of appearing and participating as co-counsel for the Plaintiff in the above-captioned action. Counsel for the Defendants assent to this motion.

Dated: September 17, 2018

Respectfully submitted,

/s/ *Timothy Cornell*
Timothy Cornell BBO # 654412
Cornell Dolan, P.C.
One International Place, Suite 1400
Boston, MA 02110
(617) 535-7763
(617) 535-7650 (fax)
tcornell@cornelldolan.com

Jason Torchinsky (VA 47481)
Dennis W. Polio (CT 438205)
(Pro hac vice applications to be filed)
HOLTZMAN VOGEL
JOSEFIAK TORCHINSKY PLLC
45 North Hill Drive, Suite 100
Warrenton, VA 20186
(540) 341-8808
Fax: (540) 341-8809
jtorchinsky@hvjt.law
dwpolio@hvjt.law
*ATTORNEYS FOR PLAINTIFF*

**Certification of Conference**

Pursuant to Local Rule 7.1, I certify that I have conferred with Defendants' counsel regarding the above motion and that counsel has stated the Defendants assent to this Motion.

/s/ Timothy Cornell

**Certification of Service**

I, Timothy Cornell, certify that I will file the above motion via the Court's ECF system, and that the Defendants will be served electronically, or, if they have not filed a notice of appearance, will be notified via First Class Mail, or electronic mail upon their consent.