UNITED STATES DISTRICT COURT
For The
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHIVA AYYADURAI,<br><br>            Plaintiff,<br>      v.<br><br>THE UNIVERSITY OF MASSACHUSETTS,<br>ET. AL.,<br><br>            Defendant. | CASE NO. 1:18-CV-11929-RGS |

# CERTIFICATION OF JASON BRETT TORCHINSKY IN SUPPORT OF MOTION PURSUANT TO LOCAL RULE 83.5.3 FOR ADMISSION *PRO HAC VICE*

I, Jason B. Torchinsky, affirm under penalty of perjury as follows:

1.     I am counsel for Plaintiff Shiva Ayyadurai ("Plaintiff") in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's Motion for Admission *Pro Hac Vice* of Attorney Jason B. Torchinsky to represent Plaintiff in this matter.

2.     I am a partner of Holtzman Vogel Josefiak Torchinsky, PLLC, 45 North Hill Drive, Suite 100 Warrenton, VA 20186.

3.     I am a member of good standing with the Virginia State Bar, the Bar of the District of Columbia and admitted to practice before the U.S. Supreme Court, U.S. District

1

Court for the District of Columbia, U.S. Court of Appeals for the Fourth Circuit, U.S. Court of Appeals for the D.C. Circuit, U.S. District Court of the District of Colorado, U.S. District Court for the Eastern District of Wisconsin, Supreme Court of Virginia, U.S. Court of Appeals for the Ninth Circuit, U.S. Court of Appeals for the Second Circuit, U.S. District Court for the Eastern District of Arkansas, U.S. District Court for the Eastern District of Michigan, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Eighth Circuit, and the U.S. Court of Appeals for the Sixth Circuit.

4. There have been no disciplinary proceedings or criminal charges instituted against me in any jurisdiction.

5. I have not previously had a *pro hac vice* admission to this Court revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

7. I respectfully request that my application for *pro hac vice* admission to practice before this Court be granted.

Dated: September 13, 2018

_____
Jason Brett Torchinsky