

FCC Home | MB



**Station Search Details**

FCC> Media Bureau > MB-CDBS > CDBS Public Access > Station Search            Help   site map

Search returned: 1 matching station

## Station Search Results

| Call Sign | Facility Id | Service | Licensee | Status | Details |
|---|---|---|---|---|---|
| WFCR | 69304 | FM | UNIVERSITY OF MASSACHUSETTS | LICENSED | Click for Details |

FCC Home   |   Search   |   Updates   |   E-Filing   |   Initiatives   |   For Consumers   |   Find People

Please send comments via standard mail to the Federal Communications Commission, Consumer and Governmental Affairs Bureau, 445 12th Street, S.W., Washington, D.C., 20554. Questions can also be answered by calling the FCC's National Call Center, toll free, at 1-888-Call FCC (1-888-225-5322).

Federal Communications Commission
445 12th Street SW
Washington, DC 20554
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232
E-mail: fccinfo@fcc.gov

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act



FCC Home | MB

**Station Search Details**

[FCC](#) > [Media Bureau](#) > [MB-CDBS](#) > [CDBS Public Access](#) > [Station Search](#)      [Help](#)   [site map](#)



# Station Search Details

| | |
|---|---|
| Call Sign: | WFCR |
| Facility Id: | 69304 |
| Primary Station Call Sign: | |
| Community of License: | AMHERST, MA |
| Service: | FM |
| Fac Type: | NON-COMMERCIAL EDUC. FM |
| Status: | LICENSED |
| Status Date: | |
| Frequency: | 88.5 |
| Channel: | 203 |
| Digital Status: | Hybrid |
| Lic Expir: | 04/01/2022 |
| Licensee: | UNIVERSITY OF MASSACHUSETTS |
| Address: | 1525 MAIN STREET |
| Address 2: | |
| City: | SPRINGFIELD |
| State: | MA |
| Zip Code: | 01103 - |
| Phone Number: | (413) 735-6600 |
| Engineering Data | **View Engineering Data** |
| Call Sign History | **View Call Sign History** |
| FRN History | **View FRN History** |
| Correspondence Folder | **View Correspondence Folder** |

[FCC Home](#) | [Search](#) | [Updates](#) | [E-Filing](#) | [Initiatives](#) | [For Consumers](#) | [Find People](#)

Please send comments via standard mail to the Federal Communications Commission, Consumer and Governmental Affairs Bureau, 445 12th Street, S.W., Washington, D.C., 20554. Questions can also be answered by calling the FCC's National Call Center, toll free, at 1-888-Call FCC (1-888-225-5322).

Federal Communications Commission
445 12th Street SW
Washington, DC 20554
[More FCC Contact Information...](#)

Phone: 1-888-CALL-FCC (1-888-225-5322)
TTY: 1-888-TELL-FCC (1-888-835-5322)
Fax: 1-866-418-0232
E-mail: [fccinfo@fcc.gov](mailto:fccinfo@fcc.gov)

- [Privacy Policy](#)
- [Website Policies & Notices](#)
- [Required Browser Plug-ins](#)
- [Freedom of Information Act](#)

FCC Home | MB



# Application Search Details

FCC> Media Bureau> MB-CDBS> CDBS Public Access> Application Search    Help   site map

## Application Search Details

| | |
|---|---|
| File Number: | BLED-19980805KC |
| Call Sign: | WFCR |
| Facility Id: | 69304 |
| FRN: | |
| Applicant Name: | UNIVERSITY OF MASSACHUSETTS |
| Frequency: | 88.5 |
| Channel: | 203 |
| Community of License: | AMHERST, MA |
| Application Type: | MOD OF LICENSE FOR AN AUXILIARY FACILITY |
| Status: | GRANTED |
| Status Date: | 11/04/1998 |
| Expiration Date: | |
| Tolling Code: | |
| Application Service: | FS |
| Disposed Date: | 11/04/1998 |
| Accepted Date: | 08/05/1998 |
| Last Public Notice: | 11/04/1998 |
| Last Report Number: | 44364 |
| Authorization | View Authorization |
| Engineering Data | View Engineering Data |
| Legal Actions | View Legal Actions |
| PN Comment | Public Notice Comment |
| Correspondence Folder | View Correspondence Folder |

FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People

Please send comments via standard mail to the Federal Communications Commission, Consumer and Governmental Affairs Bureau, 445 12th Street, S.W., Washington, D.C., 20554. Questions can also be answered by calling the FCC's National Call Center, toll free, at 1-888-Call FCC (1-888-225-5322).

Federal Communications Commission  
445 12th Street SW  
Washington, DC 20554  
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)  
TTY: 1-888-TELL-FCC (1-888-835-5322)  
Fax: 1-866-418-0232  
E-mail: fccinfo@fcc.gov

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act


**Application Search Details**

FCC> Media Bureau> MB-CDBS> CDBS Public Access> Application Search    Help   site map

# Application Search Details

| | |
|---|---|
| File Number: | BLED-19980805KC |
| Call Sign: | WFCR |
| Facility Id: | 69304 |
| FRN: | |
| Applicant Name: | UNIVERSITY OF MASSACHUSETTS |
| Frequency: | 88.5 |
| Channel: | 203 |
| Community of License: | AMHERST, MA |
| Application Type: | MOD OF LICENSE FOR AN AUXILIARY FACILITY |
| Status: | GRANTED |
| Status Date: | 11/04/1998 |
| Expiration Date: | |
| Tolling Code: | |
| Application Service: | FS |
| Disposed Date: | 11/04/1998 |
| Accepted Date: | 08/05/1998 |
| Last Public Notice: | 11/04/1998 |
| Last Report Number: | 44364 |
| Authorization | View Authorization |
| Engineering Data | View Engineering Data |
| Legal Actions | View Legal Actions |
| PN Comment | Public Notice Comment |
| Correspondence Folder | View Correspondence Folder |

FCC Home | Search | Updates | E-Filing | Initiatives | For Consumers | Find People

Please send comments via standard mail to the Federal Communications Commission, Consumer and Governmental Affairs Bureau, 445 12th Street, S.W., Washington, D.C., 20554. Questions can also be answered by calling the FCC's National Call Center, toll free, at 1-888-Call FCC (1-888-225-5322).

Federal Communications Commission  
445 12th Street SW  
Washington, DC 20554  
More FCC Contact Information...

Phone: 1-888-CALL-FCC (1-888-225-5322)  
TTY: 1-888-TELL-FCC (1-888-835-5322)  
Fax: 1-866-418-0232  
E-mail: fccinfo@fcc.gov

- Privacy Policy
- Website Policies & Notices
- Required Browser Plug-ins
- Freedom of Information Act

Case 1:18-cv-11929-RGS   Document 16-1   Filed 10/02/18   Page 6 of 12   EXHIBIT JN-4



FCC Home    Radio/TV Searches    Radio/TV Filing    General info    Reports and Data    For Licensees

# FM Query Results

[9 ▼]  [Resize Results]

### Mon Oct 1 16:50:04 2018 Eastern time

----- Search Parameters -----
Callsign:        WFCR
Lower Channel: 200
Upper Channel: 300

`FM Query` results are derived from the public files available `here`.
Requests to correct data should be referred to `Dale Bickel`.
Comments on the FM Query may be referred to `Dale Bickel`.

| WFCR | MA AMHERST | USA | FM | LIC |

Licensee: UNIVERSITY OF MASSACHUSETTS
Service Designation: FM 'Full Service' FM station or application
Channel/Class: 203B Frequency: 88.5 MHz Licensed
File No.: BLED-19970605KB     Facility ID number: 69304 CDBS Application ID No.: 248181



### Technical Data | Links & Maps

```
42° 21' 49.00" N Latitude              42.363611    Site in Canadian Border Zone     WFCR's first license
72° 25' 24.00" W Longitude (NAD 27)   -72.423333    Distance to Border: 295.0 km     was granted 10-20-1961.

                                 Polarization:    Horizontal    Vertical
Effective Radiated Power (ERP):                   13.           13.         kW ERP
Antenna Height Above Average Terrain:             295.          295.        meters HAAT -  Calculate HAAT
Antenna Height Above Mean Sea Level:              478.          478.        meters AMSL
Antenna Height Above Ground Level:                101.          101.        meters AGL


Non-Directional        Antenna ID No.: -           Pattern Rotation: 0.0
Antenna Make: -        Antenna Model: -
No. of antenna sections: -

Additional Individual Tower Information from the Antenna Structure Registration database.
  (Use the Registration Number link for detailed information.)

ASRN     Site      Overall Height  Overall Height        NAD 83 Tower Coordinates          Convert to
      Elevation    Above Ground    Above Mean Sea   ----------------------------------     NAD 27
       (meters)     (meters)       Level (meters)    Latitude           Longitude
1028013  377.3       106.4            483.7         N  42° 21'  49.0"   W  72° 25'  22.0"   To NAD27

FAA:     FAA Study No. 1994-ANE-061-OE
FAA:     Obstruction / Airport Airspace searches
```

Previous Record -- Next Record

**WFCR**      **MA AMHERST**              **USA**                              `FS`  `LIC`

```
Licensee: UNIVERSITY OF MASSACHUSETTS
Service Designation: FS Auxiliary station (backup for the main station)
Channel/Class: 203B Frequency: 88.5 MHz Licensed
File No.: BLED-19980805KC      Facility ID number: 69304 CDBS Application ID No.: 272171
```

### Technical Data | Links & Maps

```
   42° 21' 49.00" N Latitude         42.363611    Site in Canadian Border Zone
   72° 25' 24.00" W Longitude (NAD 27)  -72.423333    Distance to Border: 295.0 km

                                Polarization:   Horizontal   Vertical
   Effective Radiated Power (ERP):               13.          13.         kW ERP
   Antenna Height Above Average Terrain:         273.         273.        meters HAAT - Calculate HAAT
   Antenna Height Above Mean Sea Level:          456.         456.        meters AMSL
   Antenna Height Above Ground Level:            79.          79.         meters AGL


   Non-Directional       Antenna ID No.: -         Pattern Rotation: 0.0
   Antenna Make: -       Antenna Model: -
   No. of antenna sections: -

   Additional Individual Tower Information from the Antenna Structure Registration database.
     (Use the Registration Number link for detailed information.)

   ASRN     Site    Overall Height Overall Height       NAD 83 Tower Coordinates       Convert to
          Elevation Above Ground  Above Mean Sea  ---------------------------------------  NAD 27
          (meters)   (meters)    Level (meters)      Latitude           Longitude
   1028013  377.3     106.4         483.7       N  42°  21'  49.0"   W  72°  25'  22.0"    To NAD27

   FAA:    FAA Study No. 1994-ANE-061-OE
   FAA:    Obstruction / Airport Airspace searches
```

*** 2 Records Retrieved ***


### Return to FM Query Data Entry screen





**Donate (https://donate.nprstations.org/nepr/support-nepr)**

Live Radio · NEPR
All Things Considered

LOADING...

Support the news you trust & the music you love. Become a sustaining member of NEPR! (http://nepr.net/donate)

# Public Information



**About NEPR (http://nepr.net/about)** - Mission, Purpose, Strategic Plan

**Financial and EEO information** (http://nepr.net/financial-and-eeo-information)





**NEPR Policies**

- NEPR's Donor Bill of Rights (http://mediad.publicbroadcasting.net/p/wfcr/files/NEPRDonorBillofRights.pdf)
- NEPR's Ethical Fundraising Standards (http://mediad.publicbroadcasting.net/p/wfcr/files/ETHICALSTANDARDS_NEPR.pdf)
- News Ethics and Corrections Policy (/news-ethics-and-corrections-policy)
- Privacy Policy (/privacy-policy)
- Contest Rules (/contest-rules)

**NEPR Annual Report** (/annual-report)

**The NEPR Foundation Board, Inc** (/new-england-public-radio-foundation-inc).

**The UMass Board of Trustees** (/umass-board-trustees)

(https://www.npr.org/?station=NEPR_FM)

(https://www.pri.org/)



(https://www.facebook.com/newenglandpublicradio)

 (https://twitter.com/neprnet)

(https://www.instagram.com/new_england_public_radio/)

(https://www.umass.edu/)

(https://www.amherst.edu/)

(https://www.mtholyoke.edu/)

(https://www.smith.edu/)

 (https://www.hampshire.edu/)

 (https://www.fivecolleges.edu/)

(http://springfieldculture.org/)

FCC Public Files (http://nepr.net/fcc-public-files)

For assistance accessing our public files, please contact radio@nepr.net or call 413-735-6600

1525 Main Street, Springfield, MA 01103 (http://nepr.net/contact-directions)

413-735-6600

© 2018 New England Public Radio