UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI, <br>     Plaintiff, <br> <br> v. <br> <br> <br> THE UNIVERSITY OF MASSACHUSETTS, <br> MARTY MEEHAN, DAVID CASH, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> ) C.A. No. 1:18-cv-11929-RGS <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUPPLEMENTAL DECLARATION

Timothy Cornell, counsel to Plaintiff Dr. Shiva Ayyadurai, hereby certifies under penalty of perjury that the attached Exhibit A is a true and correct copy of the email received by Dr. Shiva Ayyadurai at 4:08 a.m. on October 3, 2018 from David Hulburt. The criteria attached will be discussed in the hearing scheduled for 3 p.m. October 3, 2018.

Respectfully submitted,

October 3, 2018                                     /s/ *Timothy Cornell*
Boston, MA                                          Timothy Cornell BBO # 654412
                                                           Cornell Dolan, P.C.
                                                           One International Place, Suite 1400
                                                           Boston, MA 02110
                                                           (617) 535-7763
                                                           (617) 535-7650 (fax)
                                                           tcornell@cornelldolan.com

                                                           Jason Torchinsky (VA 47481)
                                                           Dennis W. Polio (CT 438205)
                                                           (Admitted pro hac vice)
                                                           HOLTZMAN VOGEL
                                                           JOSEFIAK TORCHINSKY PLLC
                                                           45 North Hill Drive, Suite 100
                                                           Warrenton, VA 20186

2

                                        (540) 341-8808  
                                        Fax: (540) 341-8809  
                                        jtorchinsky@hvjt.law  
                                        dwpolio@hvjt.law

## **CERTIFICATE OF SERVICE**

      I certify that I will file the foregoing document with the Clerk of this Court using the CM/ECF system, which will instantaneously send a Notice of Electronic Filing to all counsel required to be served.

                             /s/ Timothy Cornell  
                              Timothy Cornell