UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DR. SHIVA AYYADURAI,<br><br>　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE UNIVERSITY OF MASSACHUSETTS, MARTY MEEHAN, in his official capacity as the President of the University of Massachusetts, and DAVID CASH, in his official capacity as Dean of the Graduate School of Policy and Global Studies at the University of Massachusetts Boston,<br><br>　　　　　　　　　Defendants. | Civil Action No. 1:18-cv-11929-RGS |

**ASSENTED-TO MOTION TO
EXTEND RESPONSIVE PLEADING DUE DATE**

Based on the outcome of the October 3, 2018 hearing on the preliminary injunction motion filed by plaintiff, Dr. Shiva Ayyadurai, defendants University of Massachusetts, President Marty Meehan, and Dean David Cash ("University") respectfully request that the October 4, 2018 due date for their responsive pleading be extended until a date subsequent to October 19, 2018.

The University's attorney will consult with Dr. Ayyadurai's attorney on or about October 19, 2018 in an effort to agree to a responsive pleading due date and, following

that discussion, the University will then either move for or notify the Court of the responsive pleading date.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:   October 4, 2018 | UNIVERSITY DEFENDANTS<br>By their attorney,<br>  /s/ *Denise Barton*<br>Denise Barton, BBO No. 675245<br>Senior Litigation Counsel<br>University of Massachusetts<br>Office of the General Counsel<br>333 South Street, 4th Floor<br>Shrewsbury, MA 01545<br>Phone:  774-455-7300<br>dbarton@umassp.edu |

**ASSENTED TO BY:**
DR. SHIVA AYYADURAI
By his attorney,

  /s/ *Timothy Cornell*
Timothy Cornell, BBO No. 654412
Cornell Dolan, P.C.
One International Place
Suite 1400
Boston, MA 02110
Phone: 617-535-7763
tcornell@cornelldolan.com

## CERTIFICATE OF SERVICE

I certify that this document filed through the CM/ECF system on the above date will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

  /s/ *Denise Barton*
Denise Barton