UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Dr. Shiva Ayyadurai

    Plaintiff

  v.                                          Civil Action No. 1:18-11929-RGS

The University of Massachusetts et al

    Defendants

ORDER OF DISMISSAL

October 22, 2018

STEARNS, D.J.

In accordance with the Court's Memorandum and Order on October 22, 2018 [dkt #22], denying Plaintiff's Motion for Preliminary Injunction, it is ORDERED that the above-entitled action be, and hereby is, dismissed with prejudice.

By the Court,

/s/ Arnold Pacho
Deputy Clerk